UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FOLEY SQUARE DIVISION

HELEN SWARTZ, Individually,

      Plaintiff,

vs.                         CASE NO.: 1:16-cv-03075-LGS

1186 BROADWAY TENANT LLC,
a Delaware Limited Liability Company,

      Defendant.

_____/

### STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO
### FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby **agree**

to voluntarily dismiss this action without a Court Order.

Respectfully Submitted,

Lawrence A. Fuller, Esq. (LF5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com
*Attorneys for Plaintiff*

Date: 12-23-2016

Joseph J. DiPalma, Esq.
Jackson, Lewis, LLP
44 South Broadway
White Plains, NY 10601-2329
Telephone: (914) 872-6920
Facsimile: (914) 946-1216
Joseph.DiPalma@jacksonlewis.com
*Attorneys for Defendant*

Date: 12-23-2016